DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CVS PHARMACY, INC. and 996826 ONTARIO, INC.,**
Appellants,

v.

**SIM GORDON, MARGARETH GORDON and TRUE LINES, INC.,**
Appellees.

No. 4D21-2299

[February 24, 2022]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 432020CA000823.

Carri S. Leininger of Williams, Leininger & Cosby, P.A., North Palm Beach, for appellants.

Scott A. Cole and Alexandra Valdes of Cole, Scott & Kissane, P.A., Miami, for appellee True Lines, Inc.

No brief filed for appellee Sim Gordon.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***